GROSS, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Frank X. Gross, Jr., an infant, etc., against Timanus J. Wilson. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1122) denied, with $10 costs.

HAAS et al. v. HILTON et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Joseph Haas and another against Joseph Hilton and another. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

HADCOX, Respondent, v. CODY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Susan E. Hadcox against Mary R. Cody and another.

PER CURIAM. Judgment modified, so as to provide that the principal in the $2,000 fund, the life use of which is given to the plaintiff, passed, subject to such life estate, under the provisions of the will, as a part of testator's residuary estate; and on the death of plaintiff the same shall be paid to the same persons who, under the provisions of the judgment, shall be then entitled to receive the share of the remainder of said estate to the use of which plaintiff is entitled for life; and, as so modified, the judgment is affirmed, without costs of this appeal to either party. See, also, 140 N. Y. Supp. 1122.

In re HALSEY. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) In the matter of the application of Hamilton R. Halsey for payment of award made in proceedings for acquiring title to premises on Main street, etc., Elmhurst, etc., for a school site. No opinion. Report of referee confirmed, and the money directed to be paid into the Supreme Court, and deposited with the city chamberlain to the credit of the infants. See, also, 144 App. Div. 114, 129 N. Y. Supp. 1126.

HAMBURGER, Respondent, v. BLAIR et al., Appellants. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Pauline M. Hamburger against Walter Blair and another. S. J. Loeb, of New York City, for appellants. M. E. Joffe, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAMILTON TRUST CO., Appellant, v. ATLAS IMPROVEMENT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by the Hamilton Trust Company against the Atlas Improvement Company and another.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, J., not voting.

HANKOWSKA, Respondent, v. BUFFALO SAVINGS BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Antonina Hankowska against the Buffalo Savings Bank. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 891) denied, with $10 costs.

HANNA, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Thomas Hanna against the Standard Oil Company of New York. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 1122) denied.

HARRINGTON, Respondent, v. BOND, Appellant. (Supreme Court, Appellate Division, Fourth Department, May 7, 1913.) Action by James A. Harrington against Fernando Bond. No opinion. Judgment affirmed, with costs.

HARRIS, Appellant, v. PIERSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by John C. Harris against William A. Pierson and others. No opinion. Judgment and order unanimously affirmed, with costs.

HARRIS, Respondent, v. WORTHMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Abraham Harris against Adolph Worthman. D. W. Blumenthal, of New York City, for appellant. D. P. Hays, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HART, Appellant, v. ABELS GOLD REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Joseph L. Hart against the Abels Gold Realty Company and others, in which Harry A. Hanbury appeals.

PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground that said court should not try the equitable issues between defendants proposed by the receiver.

HIRSCHBERG, J., not voting.

HARTWICK, Respondent, v. BURNS, et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Mary Hartwick against Catherine Burns and others. No opinion. Interlocutory judgment affirmed, with costs.